HEPWORTH, GERSHBAUM & ROTH, PLLC.
192 LEXINGTON AVENUE ▪ SUITE 802 ▪ NEW YORK ▪ NEW YORK 10016
TOLL FREE NO.: (877) 833-9993 ▪ F: (212) 532-3801 ▪ HGRLAWYERS.COM

September 22, 2026

**VIA ECF**
Hon. Elizabeth Cowan Wright
United States District Court for the District of Minnesota
316 N. Robert Street
St. Paul, Minnesota 55101

**Re:** ***Babbitt, et al. v. Target Corporation*, Case No. 0:20-cv-00490-DWF-ECW**
***Becerra, et al. v. Target Corporation*, Case No. 0:25-cv-00535-DWF-ECW**
***Spry, et al. v. Target Corporation*, Case No. 0:26-cv-02027-DWF-ECW**

Dear Judge Cowan Wright:

We write on behalf of Plaintiffs in the above-referenced actions to respectfully request that the status conference currently scheduled for Thursday, September 24, 2026 be conducted via Zoom rather than in person. A conflicting professional obligation makes an in-person appearance difficult for Plaintiffs' counsel.

Plaintiffs respectfully submit that a remote conference would not prejudice any party or affect the Court's consideration of the matters addressed in the parties' September 17, 2026 Joint Status Report, and that those matters can be addressed as effectively by videoconference. Plaintiffs' counsel will of course be available at the currently scheduled date and time, and are prepared to proceed in whatever manner the Court prefers.

Plaintiffs have conferred with Defendant Target Corporation, which does not object to the instant application.

We thank the Court for its attention to this matter.

Respectfully submitted,

Rebecca S. Predovan

Cc: All Counsel (*via ECF*)