KLAFTER | LESSER
Two International Drive • Suite 350 • Rye Brook, NY 10573
914-934-9200 • www.klafterlesser.com

September 30, 2026

**VIA ECF:**

Honorable Donovan W. Frank
United States District Court for the District of Minnesota
316 N. Robert Street
St. Paul, MN 55101

Re: *Spry, et al. v. Target Corporation*
Case No. 0:26-cv-2027-DWF-ECW

Dear Judge Frank:

In connection with the Court's argument date of October 16, 2026, for Defendant's pending motion to dismiss, strike, or stay (ECF #43), Plaintiffs most respectfully request that this be rescheduled due to unexpected personal matters that would make the undersigned's travel to Minneapolis that day most difficult. We have discussed with Target's counsel the possibility of moving it to October 27, 2026, which is the day that there is a case management conference before Judge Wright. If the Court could accommodate that date, it would be highly appreciated; otherwise, we would appreciate another date that the Court could suggest at its convenience.

Defendant's counsel, Mr. Schmitt, agrees with this request and proposal.

We appreciate the Court's kind consideration of this matter,

Respectfully submitted,

Seth R. Lesser

Cc: All counsel of record (via ECF)