# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## Status Conference/ESI Conference

Tammy Babbit et al.,

Plaintiffs,

v.

Target Corporation,

Defendant.

---

Emanuel Becerra et al., *Individually and on Behalf of All Other Persons Similarly Situated*,

Plaintiffs,

v.

Target Corporation,

Defendant.

---

Christie Spry and Michael Arilotta, *Individually and on Behalf of All Other Persons Similarly Situated,*,

Plaintiffs,

v.

Target Corporation,

Defendant.

## COURT MINUTES

BEFORE: Elizabeth Cowan Wright
U.S. Magistrate Judge

| | |
|---|---|
| Case Nos.: | 20-cv-00490 (DWF/ECW), 25-cv-00535 (DWF/ECW), 26-cv-02027 (DWF/ECW) |
| Date: | October 27, 2026 |
| Courthouse: | Saint Paul |
| Courtroom: | 3C |
| Court Reporter: | Lynne Krenz |
| Time Commenced: | 10:02 a.m. |
| Time Concluded: | 11:02 a.m. |
| Time in Court: | 1 Hour |

`

---

## APPEARANCES:

For Plaintiffs: Rebecca Predovan and Seth Lesser

For Defendants: Joseph Schmitt

The Court held a status conference in the *Babbitt*, *Becerra*, and *Spry* matters.

*Babbitt*

All motions to compel addressed by each side at the status conference shall be filed no later than **November 13, 2026**, with oppositions due on or before **November 20, 2026**. The Motions will be heard by the Court on **December 2, 2026**, in person, during the status conference that has already been scheduled before the Court.

*Becerra*

The Court heard argument regarding paragraph 8(d) of the ESI Protocol for this matter and will issue an ESI Order separately.

Regarding the dispute over when to begin addressing ESI terms set forth in Section II.B of the Joint Status Report (Dkt. 602 at 6), the parties shall begin the meet-and-confer process regarding ESI search terms immediately after the Court issues the ESI Protocol. Counsel should be able to identify ESI search terms based on the pleadings and what is otherwise known about the claims and defenses in *Becerra* and the related cases, and can refine the search terms after discovery is served.

**SO ORDERED.**

s/*Elizabeth Cowan Wright*
United States Magistrate Judge